File No- 11295.00004

WILLIAM F. GLACKEN
CLAUDIA C. GLACKEN
152 N LONG BEACH AVE.
FREEPORT, NY 11520-2103

1-7281/2214
8371160700

4516

DATE March 24, 2010

PAY TO THE ORDER OF Wilson Elser Moskowitz Edelman & Dicker LLP    $5,700.00

Five Thousand Seven Hundred and 00/100 ———— DOLLARS

ASTORIA FEDERAL SAVINGS
1160 FRANKLIN AVE
GARDEN CITY, NY 11530
www.astoriafederal.com  1-800-ASTORIA

MEMO Melissa J. Glacken

William F. Glacken

⑆221472815⑆ 8371160700⑈ 4516

[Back of check stamp:]
28 - PAID TO THE ORDER OF - 28
CITIBANK
FOR DEPOSIT ONLY
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
OPERATING ACCOUNT

Date:06-01-2010 HostAccount:0000008371160700 Account:8371160700 Amount:$5,700.00 Serial:4516
TranCode:481 TR:221472815 Sequence:9040508820 DbCr:D Canadian:- Endpoint:- OnUs:Y ExceptionCode:-
ReturnItemCode:0 ProcCode:- Run:0014 InstID:770 CaptureSequence:0000000000000000
OriginalAccount:8371160700 xretcode:- Branch:000000 ApplicationID:0000 Teller:000000

**WILLIAM F. GLACKEN**
**CLAUDIA C. GLACKEN**
152 N LONG BEACH AVE.
FREEPORT, NY 11520-2103

1-7281/2214
8371160700

4576

DATE Oct. 27, 2010

PAY TO THE ORDER OF Wilson, Elser, Moskowitz, Edelman & Dicker  $ 7,500.00

Seven Thousand, Five Hundred and 00/100 ———— DOLLARS

ASTORIA FEDERAL SAVINGS
1150 FRANKLIN AVE
GARDEN CITY, NY 11530
www.astoriafederal.com   1-800-ASTORIA

MEMO Melissa N. Dicken

William F. Glacken

⑆221472815⑆ 8371160700⑈ 4576

[Endorsement on back:]
PAY TO THE ORDER OF CITIBANK FOR DEPOSIT ONLY WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP OPERATING ACCOUNT

Date:11-04-2010  HostAccount:0000008371160700  Account:8371160700  Amount:$7,500.00  Serial:4576
TranCode:481  TR:221472815  Sequence:9256620130  DbCr:D  Canadian:-  Endpoint:-  OnUs:Y  ExceptionCode:-
ReturnItemCode:0  ProcCode:-  Run:0014  InstID:770  CaptureSequence:0000000000000000
OriginalAccount:8371160700  xretcode:-  Branch:000000  ApplicationID:0000  Teller:000000

**WILLIAM F. GLACKEN**
**CLAUDIA C. GLACKEN**
152 N LONG BEACH AVE.
FREEPORT, NY 11520-2103

17281/2214   4594

DATE Dec. 10, 2010

PAY TO THE ORDER OF Wilson Elser Moskowitz Edelman & Dicker LLP   $14,712 51/100

Fourteen Thousand Seven Hundred Twelve and 51/100 DOLLARS

ASTORIA FEDERAL SAVINGS
1150 FRANKLIN AVE
GARDEN CITY, NY 11530
www.astoriafederal.com   1-800-ASTORIA

MEMO Melius v. Glacken

William F. Glacken

⑈221472815⑈ 8371160700⑈ 4594

Date:12-21-2010 HostAccount:0000008371160700 Account:8371160700 Amount:$14,712.51 Serial:4594
TranCode:481 TR:221472815 Sequence:9321240730 DbCr:D Canadian:- Endpoint:- OnUs:Y ExceptionCode:-
ReturnItemCode:0 ProcCode:- Run:0003 InstID:770 CaptureSequence:0000000000000000
OriginalAccount:8371160700 xretcode:- Branch:000000 ApplicationID:0000 Teller:000000

**WILLIAM F. GLACKEN**
**CLAUDIA C. GLACKEN**
152 N LONG BEACH AVE.
FREEPORT, NY 11520-2103

17281/2214    4664

DATE May 11, 2011

PAY TO THE ORDER OF Wilson Elser Moskowitz Edelman + Dicker LLP    $ 3,130.53

Three Thousand One Hundred Thirty and 53/100 DOLLARS

ASTORIA FEDERAL SAVINGS
1150 FRANKLIN AVE
GARDEN CITY, NY 11530
www.astoriafederal.com    1-800-ASTORIA

MEMO Melissa J. Glacken - Job billing    William F. Glacken

⑆221472815⑆ 8371160700⑈ 4664

28 - PAID TO THE ORDER OF - 28
CITIBANK
FOR DEPOSIT ONLY
WILSON, ELSER, MOSKOWITZ
EDELMAN & DICKER, LLP
OPERATING ACCOUNT
028-042-76-0

Date:05-16-2011  HostAccount:0000008371160700  Account:8371160700  Amount:$3,130.53  Serial:4664
TranCode:481  TR:221472815  Sequence:1010607580  DbCr:D  Canadian:-  Endpoint:-  OnUs:Y  ExceptionCode:-
ReturnItemCode:0  ProcCode:-  Run:0010  InstID:770  CaptureSequence:0000000000000000
OriginalAccount:8371160700  xretcode:-  Branch:000000  ApplicationID:0000  Teller:000000

**WILLIAM F. GLACKEN**
**CLAUDIA C. GLACKEN**
152 N LONG BEACH AVE.
FREEPORT, NY 11520-2103

17281/2214
4665

DATE May 11, 2011

PAY TO THE ORDER OF Wilson Elser Moskowitz Edelman + Dicker LLP   $ 2240 00/100

Two Thousand Two Hundred Forty and 00/100 DOLLARS

ASTORIA FEDERAL SAVINGS
1150 FRANKLIN AVE
GARDEN CITY, NY 11530
www.astoriafederal.com  1-800-ASTORIA

MEMO  Wilson v. Meehan - March billing    William F. Glacken

⑆221472815⑆ 8371160700⑈ 4665

PAID TO THE ORDER OF - 28
CITIBANK
FOR DEPOSIT ONLY
WILSON, ELSER, MOSKOWITZ
EDELMAN & DICKER, LLP
OPERATING ACCOUNT
028-042-76-0

Date:05-16-2011 HostAccount:0000008371160700 Account:8371160700 Amount:$2,240.00 Serial:4665
TranCode:481 TR:221472815 Sequence:1010607570 DbCr:D Canadian:- Endpoint:- OnUs:Y ExceptionCode:-
ReturnItemCode:0 ProcCode:- Run:0010 InstID:770 CaptureSequence:0000000000000000
OriginalAccount:8371160700 xretcode:- Branch:000000 ApplicationID:0000 Teller:000000



Date:03-09-2011 HostAccount:0000008371160700 Account:8371160700 Amount:$7,846.33 Serial:4634
TranCode:481 TR:221472815 Sequence:913142480 DbCr:D Canadian:- Endpoint:- OnUs:Y ExceptionCode:-
ReturnItemCode:0 ProcCode:- Run:0009 InstID:770 CaptureSequence:0000000000000000
OriginalAccount:8371160700 xretcode:- Branch:000000 ApplicationID:0000 Teller:000000

**WILLIAM F. GLACKEN**
**CLAUDIA C. GLACKEN**
152 N LONG BEACH AVE.
FREEPORT, NY 11520-2103

17281/2214     4702

DATE Aug. 24, 2011

PAY TO THE ORDER OF  Wilson Elser Moskowitz, Edelman & Dicker LLP   $ 20,000.00

Twenty Thousand and 00/100 ths ———— DOLLARS

ASTORIA FEDERAL SAVINGS
1150 FRANKLIN AVE
GARDEN CITY, NY 11530
www.astoriafederal.com    1-800-ASTORIA

MEMO Retainer - Appeal - Melvis S. Hacker

William F. Glacken

⑆221472815⑆ 8371160700⑈ 4702

---

Back of check:

28 - PAID TO THE ORDER OF - 28
CITIBANK
FOR DEPOSIT ONLY
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
OPERATING ACCOUNT
028-042-76-0

---

Date:08-30-2011  HostAccount:0000008371160700  Account:8371160700  Amount:$20,000.00  Serial:4702
TranCode:481  TR:221472815  Sequence:1165124290  DbCr:D  Canadian:-  Endpoint:-  OnUs:Y  ExceptionCode:-
ReturnItemCode:0  ProcCode:-  Run:0008  InstID:770  CaptureSequence:0000000000000000
OriginalAccount:8371160700  xretcode:-  Branch:000000  ApplicationID:0000  Teller:000000



Date:08-29-2011  HostAccount:0000008371160700  Account:8371160700  Amount:$8,283.53  Serial:4703
TranCode:481  TR:221472815  Sequence:9676217920  DbCr:D  Canadian:-  Endpoint:-  OnUs:Y  ExceptionCode:-
ReturnItemCode:0  ProcCode:-  Run:0010  InstID:770  CaptureSequence:0000000000000000
OriginalAccount:8371160700  xretcode:-  Branch:000000  ApplicationID:0000  Teller:000000

**WILLIAM F. GLACKEN**
**CLAUDIA C. GLACKEN**
152 N LONG BEACH AVE.
FREEPORT, NY 11520-2103

17281/2214    4717

DATE Sept. 22, 2011

PAY TO THE ORDER OF  Appellate Innovations LLC    $ 5225 93/100

Five Thousand Two Hundred Twenty-five and 93/100  DOLLARS

ASTORIA FEDERAL SAVINGS
1150 FRANKLIN AVE
GARDEN CITY NY 11530
www.astoriafederal.com  1-800-ASTORIA

MEMO  Printing Costs - Brief
MELIUS A. GLACKEN

William F. Glacken

⑆221472815⑆ 8371160700⑈ 4717

---

ENDORSE FOR DEPOSIT ONLY
Milber Makris Plousadis & Seiden LLP
Appellate Innovations
7923439694

---

Date:10-03-2011  HostAccount:0000008371160700  Account:8371160700  Amount:$5,225.93  Serial:4717
TranCode:481  TR:221472815  Sequence:1211455730  DbCr:D  Canadian:-  Endpoint:-  OnUs:Y  ExceptionCode:-
ReturnItemCode:0  ProcCode:-  Run:0002  InstID:770  CaptureSequence:0000000000000000
OriginalAccount:8371160700  xretcode:-  Branch:000000  ApplicationID:0000  Teller:000000



Date:02-14-2012 HostAccount:0000008371160700 Account:8371160700 Amount:$17,174.98 Serial:4764
TranCode:481 TR:221472815 Sequence:5072661970 DbCr:D Canadian:- Endpoint:- OnUs:Y ExceptionCode:-
ReturnItemCode:0 ProcCode:- Run:0014 InstID:770 CaptureSequence:0000000000000000
OriginalAccount:8371160700 xretcode:- Branch:000000 ApplicationID:0000 Teller:000000



Date:10-16-2012 HostAccount:0000008371160700 Account:8371160700 Amount:$3,850.84 Serial:4863
TranCode:481 TR:221472815 Sequence:1739486110 DbCr:D Canadian:- Endpoint:- OnUs:Y ExceptionCode:-
ReturnItemCode:0 ProcCode:- Run:0019 InstID:770 CaptureSequence:0000000000000000
OriginalAccount:8371160700 xretcode:- Branch:000000 ApplicationID:0000 Teller:000000