**UNITED STATES DISTRICT COURT**  **CIVIL CONFERENCE**
**EASTERN DISTRICT OF NEW YORK**   **MINUTE ORDER**

BEFORE:   A. KATHLEEN TOMLINSON      DATE:   8-6-2014
          U.S. MAGISTRATE JUDGE      TIME:   4:41 p.m. ( 8 minutes)

*Glacken v. The Incorporated Village of Freeport et al.,*
**CV 09-4832 (DRH) (AKT)**

TYPE OF CONFERENCE:      **STATUS CONFERENCE**

APPEARANCES:   Plaintiff:    Jonathan Lovett

               Defendant:    Stanley Camhi    (The Incorporated Village of Freeport)

                             Stephen F. Willig (Andrew Hardwick, Howard Colton)

FTR: 4:41 -4:49

THE FOLLOWING RULINGS WERE MADE:

1.   The Court set today's conference to follow up on the recent summary judgment decision rendered by Judge Hurley. I inquired of counsel what remains to be done in the case before it can be certified over to Judge Hurley for trial. The defendants are seeking documentation concerning the invoices and backup for the bills plaintiff's counsel referenced to Judge Hurley as part of the "concrete harm asserted" by the plaintiff. Plaintiff's counsel is directed to produce this information to the defendants within two weeks.

2.   Defendants may seek to introduce an expert witness in this case. Counsel has asked for some additional time to confer with his clients regarding this option. I have directed defendants' counsel to notify the Court in writing no later than September 1, 2014 whether they will proceed with an expert witness. If the answer is yes, the Court will set an immediate telephone conference to establish a schedule for expert discovery as well as for the submission of the proposed Joint Pre-Trial Order and the date of the Pre-Trial Conference.

                                   SO ORDERED

                                   /s/ A. Kathleen Tomlinson
                                   A. KATHLEEN TOMLINSON
                                   U.S. Magistrate Judge