UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X
WILLIAM F. GLACKEN,

               Plaintiff,

               09 CV 4832 (DRH) (AKT)

    -against-

               NOTICE OF DISMISSAL

THE INCORPORATED VILLAGE OF
FREEPORT, ANDREW HARDWICK,
*et. al*

               Defendants.
---------------------------------X

TO THE CLERK OF THE COURT:

    PLEASE TAKE NOTICE THAT this action be, and same is dismissed, with prejudice pursuant to FRCP 41(a)(1)(A)(ii).

Dated: August 13, 2014
       White Plains, New York


s/ Stanley A. Camhi
Stanley A. Camhi, Esq. Jaspan Schlesinger• LLP *Attorneys for Defendant, Incorporated Village of Freeport* 300 Garden City Plaza Garden City, New York 11530

s/ Jonathan Lovett
Jonathan Lovett, Esq.
A*ttorney for Plaintiff W Main F. Glacken* 305 Old Tarrytown Road White Plains, New York 10603


s/ Stephen F. Wittig
Stephen F. Wittig, Esq.
D'Amato & Lynch, LLP
*Attorneys for Defendants, Howard Colton and Andrew Hardwick*
Two Work Financial Center
New York, New York 10281